UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RENE OSWALD COBAR,

          Plaintiff,

  v.

US DEPARTMENT OF JUSTICE et al,

          Defendant.

_____/

Case Number: CV12-02920 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rene Oswald Cobar 52175-054
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463

Dated: June 21, 2012

                             Richard W. Wieking, Clerk
                             By: Nikki Riley, Deputy Clerk